UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

SHELLI K. ARNOLD,  Civil No. 05-358 PAM/AJB

    Plaintiff,

v.  O R D E R

JO ANNE B. BARNHART, COMMISSIONER
OF THE SOCIAL SECURITY AGENCY,

    Defendant.

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Arthur J. Boylan dated February 17, 2006, all the files and records, and no objections having been filed to said Recommendation,

IT IS HEREBY ORDERED that:

1) Arnold's Motion for Summary Judgment [Docket No. 11] **is denied**; and

2) The Commissioner's Motion for Summary Judgment [Docket No. 17] **is granted.**

DATED: March 10, 2006

                                                s/ Paul A. Magnuson
                                                Judge Paul A. Magnuson
                                                U. S. District Court